AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 24, 2025

SEAN F. McAVOY, CLERK

SEAN MICHAEL BURKE )
_Plaintiff_ )
v. )   Civil Action No.   4:25-CV-05015-SAB
)
)

SGT STRINGHAM, C/O PATRICK and JOHN DOE )
_Defendant_

## JUDGMENT IN A CIVIL ACTION

The court has ordered that _(check one)_:

☐   the plaintiff _(name)_ _____ recover from the
defendant _(name)_ _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant _(name)_ _____
_____ recover costs from the plaintiff _(name)_ _____
_____ .

☑   other:   Plaintiff's Complaint, ECF No. 1, is DISMISSED with prejudice for failure to state a claim upon which relief may be
granted under 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2).

This action was _(check one)_:

☐   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by Judge     Stan Bastian _____

Date:   6/24/2025 _____

CLERK OF COURT

SEAN F. McAVOY _____

s/ Wendy Kirkham _____
_(By) Deputy Clerk_

Wendy Kirkham